**Bennie RUTLEDGE, Claimant–Appellant,**

v.

**James B. PEAKE, M.D., Secretary of Veterans Affairs, Respondent–Appellee.**

No. 2007–7047.

United States Court of Appeals, Federal Circuit.

July 16, 2008.

ON MOTION

*ORDER*

Upon consideration of Bennie Rutledge's failure to respond to the court's March 19, 2008 order directing him to show cause why his appeal should not be dismissed,

IT IS ORDERED THAT:

(1) The appeal is dismissed.

(2) Each side shall bear its own costs.

(3) All pending motions are moot.